**HONORABLE KAREN L. STROMBOM**

JERRY J. MOBERG
PATRICK R. MOBERG
Jerry J. Moberg & Associates
451 Diamond Drive
Ephrata, WA 98823
(509) 754-2356

Attorneys for Defendant

# THE UNITED STATES DISTRICT COURT
# IN THE EASTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JORDAN S. BRINAR, AN INDIVIDUAL; AND JASON S. BRINAR AND BRANDEN L. BRINAR, HUSBAND AND WIFE,<br><br>Plaintiff,<br><br>v.<br><br>BETHEL SCHOOL DISTRICT,<br><br>Defendant, | NO. CV-10-5454-KLS<br><br>ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY AND TO SUBSTITUTE NEW COUNSEL OF RECORD<br><br>**(Clerk's Action Required)** |

This matter came before the above-titled Court, on Defendant's Motion for Leave to Withdraw as Attorney and to Substitute new Counsel of Record. This motion is unopposed

Local General Rule 2(g)(4)(A) provides that "[n]o attorney shall withdraw an appearance in any cause, civil or criminal, except by leave of court." The Court hereby GRANTS Defendant's counsel leave to withdraw and further GRANTS William Coats leave to substitute as counsel of record for Bethel School District.

H:\Brinar v Bethel -10-5454KLS-Order substituting counsel.doc
ORDER GRANTING MORITON FOR LEAVE TO WITHDRAW
AND TO SUBSTITUTE NEW COUNSEL
CAUSE NO. CV-10-5454-KLS
PAGE 1

**Jerry J. Moberg & Associates**
**Attorneys At Law**
451 Diamond Drive
Ephrata, WA 98823
(509) 754-2356 / Fax (509) 754-4202

1   DATED this 11th day of August, 2010.

2

3

4

5                                                         *Karen L. Strombom* (signature)
                                                          Karen L. Strombom
6                                                         United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23  H:\Brinar v Bethel -10-5454KLS-Order substituting counsel.doc
    ORDER GRANTING MORITON FOR LEAVE TO WITHDRAW          **Jerry J. Moberg & Associates**
    AND TO SUBSTITUTE NEW COUNSEL                         **Attorneys At Law**
24  CAUSE NO. CV-10-5454-KLS                              451 Diamond Drive
    PAGE 2                                                Ephrata, WA  98823
                                                          (509) 754-2356 / Fax (509) 754-4202