# United States District Court

WESTERN DISTRICT OF WASHINGTON

JORDAN S. BRINAR, an individual; and
JASON S. BRINAR and BRANDEN L.
BRINAR, husband and wife,

        Plaintiffs,

      v.

BETHEL SCHOOL DISTRICT NO. 403,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5454KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

√ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT the Defendants are entitled to summary judgment dismissing all of Plaintiffs' claims and their motion to dismiss (ECF No. 17) is GRANTED in its entirety.

June 1, 2011

WILLIAM M McCOOL
Clerk

By Traci Whiteley, Deputy Clerk